**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew McDonald<br>  Vicki L. McDonald<br><br>  <u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-15776 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND MORTGAGE, as Servicer for MIDFIRST BANK, and index same on the master mailing list.

Re: Loan # Ending In: 1658

                                        Respectfully submitted,

                                        **/s/Joshua I. Goldman, Esquire**
                                        Joshua I. Goldman, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406