United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew McDonald  
Vicki L. McDonald  
    Debtors

Case No. 16-15776-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Oct 06, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.
```
db          +Andrew McDonald,    3515 Highland Avenue,    Drexel Hill, PA 19026-2411
jdb         +Vicki L. McDonald,    431 West Baltimore Pike,    Media, PA 19063-2610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ROBERT GLENN WILLIAMSON    on behalf of Joint Debtor Vicki L. McDonald rgw@2wlaw.com
              ROBERT GLENN WILLIAMSON    on behalf of Debtor Andrew  McDonald rgw@2wlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                           :     Chapter 7

Andrew McDonald
Vicki L. McDonald

                                 :     Case No. 16-15776 JKF
        Debtors

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this        Day of September, 2016, , upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel,

Robert Williamson, Esquire:

   IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee to file a

Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to December 15, 2016.

   IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee

or any creditor to object to exemptions is hereby extended to December 15, 2016.

/s/Robert Williamson
Robert Williamson, Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

**Date: October 6, 2016**

IT IS HEREBY ORDERED.

Dated:_____    _____

Honorable Jean K. Fitzsimon
Bankruptcy Judge