`

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                          :         Chapter 7


Andrew McDonald
Vicki L. McDonald




                                                :         Case No. 16-15776 JKF
            Debtors
_____

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

   AND NOW, this        Day of November,  2016, , upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel,

Robert Williamson,  Esquire:

   IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee  to file a

Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to January 15, 2017.

   IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee

or any creditor to object to exemptions is hereby extended to January 15, 2017..

/s/ Robert Williamson
Robert Williamson,  Esquire Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED.

Dated:_____     _____
Honorable Jean K. Fitzsimon
Bankruptcy Judge