IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :      Chapter 7

Andrew McDonald
Vicki L. McDonald


    Debtors                          :

                                      Case No. 16-15776 JKF


STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this 12th Day of December, 2016, upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel,

Robert Williamson, Esquire:

IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee to file a

Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to January 15, 2017.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee

or any creditor to object to exemptions is hereby extended to January 15, 2017.

/s/ Robert Williamson
Robert Williamson, Esquire Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED.

Dated: December 12, 2016

_____
Honorable Jean K. Fitzsimon
Bankruptcy Judge

IT IS HEREBY ORDERED.

Dated:_____    _____
Honorable Jean K. Fitzsimon
Bankruptcy Judge