IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Andrew and Vicki McDonald,<br>              Debtors | : CHAPTER 7<br>: Bankruptcy Number 16-15776-jkf<br>: |
| v. | : <br>: |
| Midfirst Bank, and | : <br>: |
| Christine C. Shubert, Esquire, Chapter 7 Trustee, and | : <br>: |
| United States Trustee | : |

ORDER

AND NOW, this 22nd day of December, 2016, upon careful review and consideration of Debtor's Motion to Compel Trustee to Abandon Property and Request for Expedited Hearing, DEBTORS' MOTION TO REDEEM PROPERTY, it is ORDERED AND DECREED that:

The Chapter 7 Trustee is hereby ordered to abandon the real property of the estate located at 3515 Highland Avenue, Drexel Hill, PA so that the same may be sold by the Debtors in a short sale on or before December 27, 2016; and,

This Order shall be served by Counsel for Debtors in same manners as service of the foregoing motion; ~~and,~~

~~Any objection to the abandonment ordered herein shall be filed and served upon the Court and Debtor's Counsel on or before December 21, 2016; and,~~

~~All such objections shall be heard by telephone conference on or before December 23, 2016.~~

_/s/ Ellen K. FitzSimon_
_____
FitzSimon, Bankruptcy J.