United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15776-jkf
Andrew McDonald                                                 Chapter 7
Vicki L. McDonald
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 22, 2016
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db              +Andrew McDonald,    3515 Highland Avenue,    Drexel Hill, PA 19026-2411
jdb             +Vicki L. McDonald,    431 West Baltimore Pike,    Media, PA 19063-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ROBERT GLENN WILLIAMSON    on behalf of Joint Debtor Vicki L. McDonald rgw@2wlaw.com
              ROBERT GLENN WILLIAMSON    on behalf of Debtor Andrew  McDonald rgw@2wlaw.com
              THOMAS I. PULEO    on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Andrew and Vicki McDonald, | : CHAPTER 7 |
|            Debtors | : Bankruptcy Number 16-15776-jkf |
| | : |
|            v. | : |
| | : |
| Midfirst Bank, and | : |
| | : |
| Christine C. Shubert, Esquire, Chapter 7 Trustee, and | : |
| | : |
| United States Trustee | : |

ORDER

AND NOW, this 22nd day of December, 2016, upon careful review and consideration of Debtor's Motion to Compel Trustee to Abandon Property and Request for Expedited Hearing, DEBTORS' MOTION TO REDEEM PROPERTY, it is ORDERED AND DECREED that:
The Chapter 7 Trustee is hereby ordered to abandon the real property of the estate located at 3515 Highland Avenue, Drexel Hill, PA so that the same may be sold by the Debtors in a short sale on or before December 27, 2016; and,

This Order shall be served by Counsel for Debtors in same manners as service of the foregoing motion; ~~and,~~

~~Any objection to the abandonment ordered herein shall be filed and served upon the Court and Debtor's Counsel on or before December 21, 2016; and,~~

~~All such objections shall be heard by telephone conference on or before December 23, 2016.~~

_____
FitzSimon, Bankruptcy J.