# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew McDonald<br>      Vicki L. McDonald,<br>                  Debtors | CHAPTER 7 |
| MIDFIRST BANK,<br>                  Movant<br>  vs. | NO. 16-15776 JKF |
| Andrew McDonald<br>Vicki L. McDonald,<br>                  Debtors | 11 U.S.C. Section 362 |
| Christine C. Shubert, Esq.,<br>                  Trustee | |

## **AGREED ORDER**

AND NOW, this _____ day of _____, 2017, upon Motion of MIDFIRST BANK for Relief from the Automatic Stay, and upon consent of the Debtors, it is

ORDERED THAT the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 3515 Highland Avenue, Drexel Hill, PA 19026 ("Property), as to Movant, its successors or assignees.

IT IS FURTHER ORDERED Rule 4001(a)(3) of the Federal Bankruptcy Rule of Procedure providing for stay until the expiration of 14 days after entry of this Order, is waived.

                                                                                               United States Bankruptcy Judge.

cc: See attached service list

Andrew McDonald
3515 Highland Avenue
Drexel Hill, PA 19026

Vicki L. McDonald
431 West Baltimore Pike
Media, PA 19026

Robert G. Williamson, Esquire
10 W. Front Street
Media, PA 19063

Christine C. Shubert, Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532