IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Andrew and Vicki L. McDonald,  Debtors, | : Chapter 7<br>: Case No.  16-15776-jkf<br>: |
| v. | : <br>: |
| Ally Financial, Creditor Respondent, and | :<br>: MOTION TO REDEEM PROPERTY |
| Christine C. Shubert, Esquire, Chapter 7 Trustee | : |

ORDER

AND NOW, this _____ day of _____, 2017, upon careful review and consideration of CO-DEBTOR'S MOTION TO REDEEM PROPERTY, it is ORDERED AND DECREED that:

The redemption value of one 2015 Toyota Corolla L; VIN #:  2T1BURHE6FC377805 is adjudicated as Ten Thousand Dollars ($10,000.00.00); and,

It is further ORDERED AND DECREED that Ally Financial shall accept from the Co-Debtor Vicki L. McDonald, the lump sum payment of Ten Thousand Dollars ($10,000.00); and,

It is further ORDERED AND DECREED that Ally Financial shall within three days of the receipt of said Ten Thousand Dollars ($10,000.00), release its lien of record with The Pennsylvania Department of Transportation ("PennDOT") and cause PennDOT to issue a new vehicle title to Debtor Vicki L. McDonald; and,

It is further ORDERED AND DECREED that the sum of $_____ is to awarded as an attorney fee to Robert G. Williamson for legal services to Debtor related to the Motion to Redeem Property is approved.

_____
FitzSimon, Bankruptcy J.