IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Andrew and Vicki McDonald, | : | CHAPTER 7 |
| Debtors | : | Bankruptcy Number 16-15776-jkf |
| | : | |
| v. | : Hearing Date: | March 8, 2016 |
| | : Hearing Time: | 9:30 AM |
| Ally Financial, and | : | |
| | : Court Room 3 | |
| Christine C. Shubert, Esquire, Chapter 7 Trustee, and | : | |
| | : | |
| United States Trustee | : | |

*******************************************

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

CO-DEBTOR, VICKI L. MCDONALD HAS FILED A MOTION TO REDEEM PROPERTY

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **February 9, 2017** you or your attorney must do all of the following:

(a) file an answer explaining your position at:
U.S. Bankruptcy Court EASTERN District of PA
Bankruptcy Clerk of Courts
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
Robert G. Williamson, Esquire
10 West Front Street
Media, PA  19063

(c) email a copy to the Movant's Attorney:
Robert G. Williamson, Esquire
rgw@2wlaw.com or lawoffice@2wlaw.com

2.      If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **March 8, 2017 at 9:30 AM, Courtroom 3**, United States Bankruptcy Court, Eastern District of Pennsylvania 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. R. 90l4(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph l (b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2804 to find out whether the hearing has been canceled because no one filed an answer.

By:

/s/ Robert G. Williamson
WILLIAMSON & WILLIAMS, PLLC
Attorneys for Debtors Movants
10 West Front Street
Media, PA  19063
1(610) 565-8909
rgw@2wlaw.com, lawoffice@2wlaw.com

Date:  January 26, 2017