IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    Andrew and Vicki McDonald, | : | CHAPTER 7 |
| Debtors | : | Bankruptcy Number 16-15776-jkf |
| | : | |
| v. | : | Hearing Date:    March 8, 2017 |
| | : | |
| Ally Financial, Creditor Respondent, and | : | Hearing Time:    9:30 AM |
| | : | |
| Christine C. Shubert, Esquire, Chapter 7 Trustee, and | : | Court Room 3 |
| | : | |
| United States Trustee | : | |

CERTIFICATE OF SERVICE OF §722 MOTION TO REDEEM PROPERTY

Notice of the Debtor's Motion to Redeem Property was served on all creditors and parties-in-interest as follows, by sending each a true and correct copy of the Motion, the Notice of Motion and this Certificate of Service thereof on January 26, 2017 by the methods set forth below:

At their ecf email addresses:
a. Christine C. Shubert, Esquire, at her ecf email addresses: christine.shubert@comcast.net, j100@ecfcbs.com, and christine.shubert@bmstrustee.onmicrosoft.com.
b. United States Trustee, at ustrusteeregion3.ph.ecf@usdoj.gov.

At their email addresses
c. Debtors:
   i. Andrew McDonald, at vmcdonald@rcn.com
   ii. Vicki L. McDonald, at vickimac62@icloud.com

By First Class US Mail, postage pre-paid to Creditor-Respondent:
d. Ally Financial
PO Box 380901
Bloomington, MN  55438-0000

Respectfully submitted,

/s/ Robert G. Williamson            1/26/2017
ROBERT G. WILLIAMSON
PA Attorney ID 34701
Williamson & Williams, PLLC
10 W. Front Street
Media, PA  19063
(610) 565-8909
rgw@2wlaw.com; lawoffice@2wlaw.com