Certificate Number: 16339-PAE-DE-028594234

Bankruptcy Case Number: 16-15776



16339-PAE-DE-028594234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 9, 2017</u>, at <u>6:23</u> o'clock <u>PM EST</u>, <u>Andrew Mcdonald</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 9, 2017</u>　　　　　By:  <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Certified Financial Counselor</u>