Certificate Number: 16339-PAE-DE-028594235

Bankruptcy Case Number: 16-15776



16339-PAE-DE-028594235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2017, at 6:23 o'clock PM EST, Vicki Mcdonald completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 9, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor