*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew McDonald and Vicki L. McDonald
    Debtor(s)

Case No: 16–15776–jkf

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Redeem Property of the Estate (2015 Toyota Automobile) Filed by Vicki L. McDonald Represented by ROBERT GLENN WILLIAMSON (Counsel).

on: 6/14/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/2/17

Timothy B. McGrath
Clerk of Court

55 – 43
Form 167