United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15776-jkf
Andrew McDonald                                                         Chapter 7
Vicki L. McDonald
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan              Page 1 of 1          Date Rcvd: May 02, 2017
                              Form ID: 167            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db            +Andrew McDonald,    3515 Highland Avenue,    Drexel Hill, PA 19026-2411
jdb           +Vicki L. McDonald,   431 West Baltimore Pike,    Media, PA 19063-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: ally@ebn.phinsolutions.com May 03 2017 01:30:41      Ally Financial Inc.,
               P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,   J100@ecfcbis.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              ROBERT GLENN WILLIAMSON    on behalf of Debtor Andrew  McDonald rgw@2wlaw.com
              ROBERT GLENN WILLIAMSON    on behalf of Joint Debtor Vicki L. McDonald rgw@2wlaw.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew McDonald and Vicki L. McDonald
    Debtor(s)

Case No: 16−15776−jkf
Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Redeem Property of the Estate (2015 Toyota Automobile) Filed by Vicki L. McDonald Represented by ROBERT GLENN WILLIAMSON (Counsel).

on: 6/14/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 5/2/17

For The Court

Timothy B. McGrath
Clerk of Court

55 − 43
Form 167