IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: Andrew & Vicki McDonald ) | |
| **Debtor(s)** ) | |
| ) | Case No.: 16-15776-jkf |
| Andrew & Vicki McDonald ) | |
| **Movant** ) | |
| v. ) | Chapter 7 |
| ) | |
| Ally Financial, ) | |
| **Respondent** ) | |
| ) | |
| Christine C. Shubert, Esquire ) | |
| **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Ally Financial and the Debtor in settlement of the MOTION TO REDEEM, filed on or about January 26, 2017 in the above matter is APPROVED and adopted as an Order of this Court.

Dated:    **Date: September 29, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE