United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Andrew McDonald
Vicki L. McDonald
     Debtors

Case No. 16-15776-jkf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 29, 2017
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db       +Andrew McDonald,   3515 Highland Avenue,   Drexel Hill, PA 19026-2411
jdb      +Vicki L. McDonald,   431 West Baltimore Pike,   Media, PA 19063-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
     BRIAN CRAIG NICHOLAS   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
     CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
     JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     REGINA COHEN   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
     ROBERT GLENN WILLIAMSON   on behalf of Debtor Andrew McDonald rgw@2wlaw.com, 1@rgwilliamson.com
     ROBERT GLENN WILLIAMSON   on behalf of Joint Debtor Vicki L. McDonald rgw@2wlaw.com, 1@rgwilliamson.com
     THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
           TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: Andrew & Vicki McDonald             )
    **Debtor(s)**                                         )
                                                                 ) Case No.: 16-15776-jkf
Andrew & Vicki McDonald                      )
    **Movant**                                            )
    v.                                                            ) Chapter 7
                                                                 )
Ally Financial,                                           )
    **Respondent**                                   )
                                                                 )
Christine C. Shubert, Esquire                )
    **Trustee**                                            )

### ORDER APPROVING STIPULATION

    IT IS HEREBY ORDERED that the Stipulation between Ally Financial and the Debtor in settlement of the MOTION TO REDEEM, filed on or about January 26, 2017 in the above matter is APPROVED and adopted as an Order of this Court.

Dated:      **Date: September 29, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE